IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLOYD JONES,

    Plaintiff,

  v.

LAW OFFICES OF BRACHFELD
& ASSOCIATES PC,

    Defendant.
                              /

No. C 09-05514 WHA

**ORDER DENYING ATTENDANCE AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**

    Due to multiple problems associated with conducting hearings by telephone, the Court **DENIES** plaintiff's request to attend the case management conference by telephone. Please file your joint statement no later than March 4, 2010.

**IT IS SO ORDERED.**

Dated: March 2, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE