**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLOYD JONES,

    Plaintiff,

  v.

LAW OFFICES OF BRACHFELD & ASSOCIATES P.C.,

    Defendant.
                                 /

No. C 09-05514 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      The Court is in receipt of defendant's notice of settlement in the captioned matter and will **CONTINUE** the case management conference to **MARCH 25, 2010, AT 11:00 A.M.** All initial disclosure deadlines are extended accordingly. There will be no more continuances. The Court believes that two+ weeks is more than enough time to finalize settlement papers and file a dismissal.

**IT IS SO ORDERED.**

Dated: March 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE