IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLOYD JONES,

      Plaintiff,

  v.

LAW OFFICES OF BRACHFELD & ASSOCIATES P.C.,

      Defendant.
_____/

No. C 09-05514 WHA

**ORDER RE NOTICES OF SETTLEMENT**

The Court has already ruled on the subject of a continuance of the case management conference and granted a two-week extension to allow the parties to finalize the settlement. The forty-day estimate by plaintiff is unreasonably long and the Court will stick with the already granted extension so that the case management conference will proceed on March 25 as scheduled. If counsel will provide a written and signed settlement agreement prior to March 25, the Court will postpone the case management conference to allow for final payment, but absent a written and signed agreement, the case management conference will proceed on March 25. The Court has learned the hard way that supposed settlements in principle often crater and necessitate in gearing up again. Therefore, it is best to continue the litigation track until the final agreement is signed and to ignore "notices of settlement."

**IT IS SO ORDERED.**

Dated: March 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE