*E-Filed 4/27/10*

Nicholas J. Bontrager (SBN: 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x229
Fax: 888-755-0945
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
FLOYD JONES

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FLOYD JONES, <br><br> Plaintiff, <br> vs. <br><br> LAW OFFICES OF BRACHFELD & ASSOCIATES, PC. <br> Defendant. | Case No.: 3:09-cv-05514-WHA <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, FLOYD JONES, against Defendant, LAW OFFICES OF BRACHFELD & ASSOCIATES, PC in the above-captioned proceeding are hereby dismissed, with prejudice.

Dated: 04/27/2010         KROHN & MOSS LTD

/s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.
Attorney for Plaintiff,
FLOYD JONES

Dated: 04/27/2010         LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

/s/ Larissa Nefulda
Larissa Nefulda
Attorney for Defendant,
LAW OFFICES OF BRACHFELD & ASSOCIATES

1

Stipulation of Dismissal and [Proposed] Order

**Error! Unknown document property**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FLOYD JONES,

    Plaintiff,

vs.

LAW OFFICES OF BRACHFELD & ASSOCIATES, PC.

    Defendant.

Case No.: 3:09-cv-05514-~~WHA~~ RS

(~~PROPOSED~~) **ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 4/27/10

_____
The Honorable Judge
~~William Alsup~~ Richard Seeborg
United States District Judge